UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

CHRISTOPHER CAVALLARO,

        Plaintiff,

v.                                          **Civil Action No. 04-cv-12512RWZ**

PERFORMANCE MARINE ASSOCIATES
INSURANCE SERVICES, INC. and
ACE GROUP,

        Defendants,

_____

**NOTICE OF APPEARANCE**

PLEASE enter my appearance on behalf of defendant ACE Group without waiver of jurisdictional, substantive, or procedural defenses or admission that ACE Group is a proper party.

RESPECTFULLY SUBMITTED this 13th day of December 2004.

                                      DAVID J. FARRELL, JR.
                                      Attorney for ACE Group


                                _____/s/_____
                                BBO # 559847
                                2355 Main Street
                                P.O. Box 186
                                S. Chatham, MA  02659
                                (508) 432-2121

Certificate of Service
I certify I served a copy of this notice by mail on
Attorney D'Angelo on 12/13/04.
                /s/
          David J. Farrell, Jr.