**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

_____

CHRISTOPHER CAVALLARO,

       Plaintiff,

v.                                                                    **Civil Action No. 04-cv-12512RWZ**

PERFORMANCE MARINE ASSOCIATES
INSURANCE SERVICES, INC. and
ACE GROUP,

       Defendants,

_____

**NOTICE OF APPEARANCE**

PLEASE enter my appearance on behalf of defendant ACE Group without waiver of jurisdictional, substantive, or procedural defenses or admission that ACE Group is a proper party.

RESPECTFULLY SUBMITTED this 14th day of December 2004.

       DAVID J. FARRELL, JR.
       Attorney for ACE Group

       /s/ *David J. Farrell, Jr.*
       BBO # 559847
       2355 Main Street
       P.O. Box 186
       S. Chatham, MA  02659
       (508) 432-2121

Certificate of Service
I certify I served a copy of this notice by mail on
Attorney D'Angelo on 12/13/04.

    /s/ *David J. Farrell, Jr.*