AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __Massachusetts__

Christopher Cavallaro

V.

Performance Marine
Associates Insurance
Services, Inc. and
ACE Group

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 12512 RWZ

TO: (Name and address of Defendant)

ACE Group
One Beaver Valley Road, 3 West
Wilmington, DE 19803

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

D'Angelo & Hashem, LLC
6 Beacon St., Suite 505
Boston, MA 02108

an answer to the complaint which is served on you with this summons, within __10__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

11-30-04
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 12/13/04 |

CASE NUMBER 04 12512 RWZ

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| DENORRIS BRITT | SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): SERVED ACE GROUP AT ONE BEAVER VALLEY ROAD, 3 WEST, WILMINGTON, DE. COPIES WERE ACCEPTED BY RICHARD SNYDER, TECHNICAL MANAGER, AUTHORIZED TO ACCEPT ON ITS BEHALF.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    12/13/04
                  Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.