UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12512-RWZ

| | |
|---|---|
| CHRISTOPHER CAVALLARO,<br>    Plaintiff,<br><br>v.<br><br>PERFORMANCE MARINE ASSOCIATES<br>INSURANCE SERVICES, INC. and ACE GROUP,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR *PRO HAC VICE* ADMISSION OF STEVEN G. SCHWARTZ, ESQ.

The defendant, Performance Marine Associates Insurance Services, Inc., by through undersigned counsel, respectfully moves this Court, pursuant to Local Rule 83.5.3, to permit Steven G. Schwartz, Esq., to appear as its attorney in the above-captioned action.

In support of this Motion, the defendant states as follows:

1. Mr. Schwartz is a practicing attorney with offices located in Boca Raton, Florida. He is a member in good standing with the Florida bar and in all other jurisdictions in which he is admitted. (See Certificate of Steven G. Schwartz, Esq., attached hereto).

2. Local Rule 83.5.3 states that a member of the bar, in good standing, of another United States District Court or of the highest court of any state may appear before the United States District Court for the District of Massachusetts upon the filing of a Certificate in compliance with Local Rule 83.5.3(b), and provided further such application for leave to practice in this Court is on Motion of a member of the bar of this Court.

3. Undersigned counsel is a member in good standing of the bar of this Court.

Moreover, undersigned counsel has entered his appearance in this action contemporaneous with the filing of this Motion and shall continue to represent the defendant, Performance Marine Associates Insurance Services, Inc., throughout the pendency of this action.

Respectfully submitted,

The Defendant,
PERFORMANCE MARINE ASSOCIATES
INSURANCE SERVICES, INC.,
By its attorneys,

John J. Davis, Esq., BBO #115890
**PIERCE, DAVIS & PERRITANO, LLP**
Ten Winthrop Square
Boston, Massachusetts 02110
Tel. 617-350-0950

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via _____ U.S. mail, _____ facsimile or _____ hand delivery, to:  Steven G. Schwartz, Esq., Schwartz & Horwitz, P.A., 3301 NW Boca Raton Boulevard, Suite 200, Boca Raton, FL 33431, and Stephen L. D'Angelo, Esq., D'Angelo & Hashem, LLC, 6 Beacon Street, Suite 505, Boston, MA 02108, this 21st day of December, 2004.

John J. Davis, Esq.

L:\OPEN FILES\l72006\Pleadings\Motion for Pro Hac Vice Admission.doc

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12512-RWZ

|  |  |
|---|---|
| CHRISTOPHER CAVALLARO, <br>     Plaintiff, <br><br> v. <br><br> PERFORMANCE MARINE ASSOCIATES <br> INSURANCE SERVICES, INC. and ACE GROUP, <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## CERTIFICATE OF STEVEN G. SCHWARTZ, ESQ., IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION

I, Steven G. Schwartz, Esq., hereby submit this Certificate in support my Motion for *Pro Hac Vice* Admission under Local Rule 85.5.3(b), and further aver as follows:

1.    I am over the age of 18 years, and understand the obligations of an oath. I make the following statements based on my personal knowledge.

2.    I am an attorney and Managing Member of Schwartz & Horwitz, P.A. with offices located at 3301 NW Boca Raton Blvd., Suite 200, Boca Raton, Florida 33431. I was admitted to practice law before the bar of the State of Florida in 1991. I am also admitted to practice law before the bars of the State of Virginia (1978) and the State of Maryland (1986); the United States District Courts for the Eastern District of Virginia (1979); District of Maryland (1990); Southern District of Florida (1994); Middle District of Florida (1995); Northern District of Florida (1994); the United States Court of Appeals for the Second Circuit (1998); Fourth Circuit (1978); Fifth Circuit (1982); United States Court of Claims (1979) and the United States Supreme Court (1988). I am a member in good standing in every jurisdiction where I am admitted to practice.

3.    There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4.    I am familiar with the Local Rules of the United States District Court for District of Massachusetts.

SIGNED UNDER THE PENALTIES OF PERJURY THIS _15th_ DAY OF DECEMBER, 2004.

_Steven G. Schwartz_
Steven G. Schwartz, Esq.