UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12512-RWZ

| | |
|---|---|
| CHRISTOPHER CAVALLARO,<br>    Plaintiff,<br><br>v.<br><br>PERFORMANCE MARINE ASSOCIATES<br>INSURANCE SERVICES, INC. and ACE GROUP,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER ON MOTION FOR *PRO HAC VICE*
ADMISSION OF STEVEN G. SCHWARTZ, ESQ.**

The foregoing Motion having come before this Court, and good cause having been shown;

IT IS HEREBY ORDERED that the Motion for *Pro Hac Vice* Admission of Steven G. Schwartz, Esq., in the above-captioned action is hereby ALLOWED and that Steven G. Schwartz, Esq. is hereby admitted *Pro Hac Vice* in this matter.

DATED this ____ day of December, 2004.

_____