%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of  Massachusetts

Christopher Cavallaro

V.

Performance Marine
Associates Insurance
Services, Inc. and
ACE Group

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 12512 RWZ

TO: (Name and address of Defendant)

Performance Marine Associates Insurance Services, INC.
2525 Marina Bay Drive West, Suite 204
Fort Lauderdale, FL 33312

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

D'Angelo & Hashem, LLC
6 Beacon St., Suite 505
Boston, MA 02108

an answer to the complaint which is served on you with this summons, within ___10___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE  1-30-04

VERIFIED RETURN OF SERVICE
PERFORMANCE MARINE ASSOCIATES INSURANCE SERVICES, INC.

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>DISTRICT OF MASSACHUSETTS | CASE: 04-12512 RWZ<br>CIVIL DIVISION |
| CHRISTOPHER CAVALLARO<br><br>vs.<br><br>PERFORMANCE MARINE ASSOCIATES INSURANCE SERVICES, INC. AND ACE GROUP | CIVIL ACTION SUMMONS<br>10 DAY / COMPLAINT |

Pursuant to the request of Thomas J. Hogan, Esq, 6 Beacon Street, Suite 505, Boston, MA. BILL GREENBERG SPECIAL SERVICES, INC., received this process on December 3, 2004 at 03:04 P.M.

I, SHEKINA CARSWELL served same on **PERFORMANCE MARINE ASSOCIATES INSURANCE SERVICES, INC.**, at 2525 MARINA BAY DRIVE WEST, SUITE 204, FORT LAUDERDALE, FL 33312 on **DECEMBER 7, 2004** at **11:17 A.M.**

### CORPORATE SERVICE

By serving a copy of the above document(s) to **PIA SCHWARZANBACH** as **RECEPTIONIST** or any employee of defendant corporation or registered agent in the absence of any superior officer as defined in Florida Statute, Section 48.081 when defendant's corporation fails to comply with F.S. 48.091.

**I ACKNOWLEDGE** that I am authorized to serve process, in good standing in the jurisdiction wherein this process was served and I have no interest in the above action.

| | |
|---|---|
| Under penalties of perjury, I declare that I have read the forgoing document and that the facts stated in it are true.<br>December 14th, 2004<br><br>*Shekina Carswell*<br>SHEKINA CARSWELL 494 | BILL GREENBERG SPECIAL SERVICES, INC.<br>18450 NE 2ND AVENUE<br>MIAMI, FL 33179<br>OFFICE (305) 770-4438 |

**INDEX**   242048