UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

CHRISTOPHER CAVALLARO,

    Plaintiff,

v.                                    Civil Action No. 04-cv-12512RWZ

PERFORMANCE MARINE ASSOCIATES
INSURANCE SERVICES, INC. and
CE GROUP,

    Defendants.

---

### PERFORMANCE MARINE ASSOCIATES INSURANCE SERVICES, INC.'S AUTOMATIC DISCLOSURE

Performance Marine Associates Insurance Services, Inc. in accordance with LR 26.2 (A) and Fed. R. Civ. P. 26(a)(1), provides this initial automatic disclosure:

    (A)    <u>Individuals likely to have discoverable information</u>

Buzz Fyhrie
Performance Marine Associates Insurance Services, Inc.
2525 Marina Bay Drive West, Suite 204
Fort Lauderdale, FL  33312

Rodney Robertson
Performance Marine Associates Insurance Services, Inc.
2525 Marina Bay Drive West, Suite 204
Fort Lauderdale, FL  33312

Craig Timmons
10260 N.W. 2nd Court
Plantation, FL  33324
(last known address)

Pia Schwartzenbach
Performance Marine Associates Insurance Services, Inc.
2525 Marina Bay Drive West, Suite 204
Fort Lauderdale, FL  33312

Elaina Orsini
Performance Marine Associates Insurance Services, Inc.
2525 Marina Bay Drive West, Suite 204
Fort Lauderdale, FL 33312

Jim Sullivan
Sullivan Insurance
151 Hancock Street
Quincy, MA 02171

Richard Sutphen
Sutphen Power Boats
Cape Coral, FL

Plaintiff's assistant Lynda
c/o Integrated Financial Partners
100 5th Avenue
Waltham, MA 02451

Records Custodian
Sea-Safe Insurance Brokers
One Hollow Lane
Lake Success, NY 11042

Records Custodian
Sullivan & Strauss Agency, Inc.
One Hollow Lane
Lake Success, NY 11042

This defendant incorporates herein by reference thereto all witnesses referenced in co-defendant Ace American Insurance Company's Automatic Disclosure

(B)   Documents

   This defendant's file consists of the following:

   1. Plaintiff's customer file regarding the 27 foot Sutphen vessel in question (consisting of 32 pages).
   2. This defendant's claim file regarding the July 19, 2003 incident involving the 27 foot Sutphen vessel in question (consisting of 24 pages).
   3. Plaintiff's customer file regarding the 31 foot Sutphen vessel plaintiff purchased following the July 19, 2003 incident in question (consisting of 49 pages).

&ast; These files are being supplied to counsel concomitantly with the filing of this defendant's automatic disclosure with the court.

(C) <u>Damages</u>

N/A

(D) <u>Insurance</u>

See attached declarations page for this defendant's errors and omissions policy.

This defendant reserves the right to supplement this disclosure as appropriate should it learn more information as the case progresses.

RESPECTFULLY SUBMITTED this 24th day of January 2005.

> The Defendant,
> PERFORMANCE MARINE
> ASSOCIATES INSURANCE
> SERVICES, INC.,
> By its attorneys,
>
> John J. Davis, Esq., BBO #115890
> **PIERCE, DAVIS & PERRITANO**
> Ten Winthrop Square
> Boston, Massachusetts 02110
> Tel. 617-350-0950

<u>Certificate of Service</u>
I certify I served a copy of this disclosure by mail on Attorneys D'Angelo and Farrell on 1/24/05.

John J. Davis, Esq.

L:\OPEN FILES\172006\Pleadings\PERFORMANCE MARINE AUTOMATIC DISCLOSURE - dc.doc