UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12512-RWZ

CHRISTOPHER CAVALLARO

v.

PERFORMANCE MARINE ASSOCIATES
INSURANCE SERVICES, INC., et al.

SCHEDULING ORDER

January 28, 2005

ZOBEL, D.J.

This matter having come before the court at a scheduling conference held

pursuant to Rule 16, Fed. R. Civ. P., 28 U.S.C., and Stephen L. D'Angelo having

appeared as counsel for plaintiff, Christopher Cavallaro; and John J. Davis and David

J. Farrell, Jr., having appeared as counsel for defendants, Performance Marine

Associates Insurance Services, Inc., et al.,  the following action was taken:

1.    The parties shall report the status of settlement negotiations by February 10,

      2005.

2.    If the case is not settled, all discovery concerning coverage shall be completed

      by June 30, 2005.

3.    Any dispositive motions, together with all supporting documents, shall be filed no

      later than July 14, 2005.  All responses with supporting documents shall be filed

      no later than August 5, 2005.   A reply memorandum may be submitted no later

      than August 12, 2005.  It should not exceed three pages in length.

4.     Motion(s) will be decided on the papers.


_____          /s/ Rya W. Zobel
                 DATE                       RYA W. ZOBEL
                                            UNITED STATES DISTRICT JUDGE