UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 JAN 25 P 3: 22

U.S. DISTRICT COURT
DISTRICT OF MASS

CHRISTOPHER CAVALLARO,

Plaintiff,

v.                                      Civil Action No. 04-cv-12512RWZ

PERFORMANCE MARINE ASSOCIATES
INSURANCE SERVICES, INC. and
ACE AMERICAN INSURANCE COMPANY,

Defendants,

### DEFENDANT ACE AMERICAN INSURANCE COMPANY'S
### LR 16.1 CERTIFICATION

Attached is a certification in compliance with LR 16.1 signed by counsel and client.

RESPECTFULLY SUBMITTED this 21st day of January 2005.

DAVID J. FARRELL, JR.
Attorney for Defendant
Ace American Insurance Company

*/s/ David J. Farrell*
BBO #559847
2355 Main Street
P.O. Box 186
S. Chatham, MA 02659
(508) 432-2121

Certificate of Service
I certify I served a copy of this certification by mail on
Attorneys D'Angelo, Schwartz, and Davis on 1/21/05.

*/s/ David J. Farrell, Jr.*

### ACE AMERICAN INSURANCE COMPANY'S LR 16.1 CERTIFICATION

Defendant Ace American Insurance Company, by and through its undersigned authorized representative and counsel of record, affirm that they have conferred

(a) with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

_____
Kristen Swingle
ACE Marine Claims


_____
David J. Farrell, Jr.
BBO # 559847