UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

CHRISTOPHER CAVALLARO,

        Plaintiff,

v.                             **Civil Action No. 04-cv-12512RWZ**

PERFORMANCE MARINE ASSOCIATES
INSURANCE SERVICES, INC. and
ACE AMERICAN INSURANCE COMPANY,

        Defendants,

_____

**SETTLEMENT STATUS REPORT**

Pursuant to the Court's January 28, 2005 Scheduling Order the parties report on the status of settlement negotiations.

On January 31, 2005 plaintiff was apparently served a summons and complaint by two third-party passengers injured in the July 19, 2003 boat accident: <u>Griffiths-Fellini and Wedge v. Fellini and Cavallaro</u>, Norfolk County C.A. No. 05-00099.

In view of that suit, the parties in this case agree its settlement is unlikely and summary judgment determination of coverage is appropriate. It is anticipated that a deposition of a Performance Marine Associates employee in Florida will be noted by plaintiff and that defendants will move for summary judgment sooner than the July 14, 2005 dispositive motion filing date.

/

/

/

/

RESPECTFULLY SUBMITTED this 10th day of February 2005.

DAVID J. FARRELL, JR.
Attorney for Ace American Insurance Company

*/s/ David J. Farrell, Jr.*
BBO # 559847
2355 Main Street
P.O. Box 186
S. Chatham, MA  02659
(508) 432-2121

SCHWARTZ & HORWITZ, P.A.
Attorneys for Performance Marine Associates Insurance Services, Inc.

*/s/ Mark A. Hruska*
Steven G. Schwartz
Mark A. Hruska
3303 NW Boca Raton Boulevard, Suite 200
Boca Raton, FL  33431
(561) 395-4747

PIERCE, DAVIS & PERRITANO, LLP
Attorneys for Performance Marine Associates Insurance Services, Inc.

*/s/ John J. Davis*
BBO # 115890
Ten Winthrop Square
Boston, MA  02210
(617) 350-0950

D'ANGELO & HASHEM, LLC
Attorneys for Christopher Cavallaro

*/s/ Stephen L. D'Angelo*
BBO # 640900
6 Beacon Street, Suite 505
Boston, MA  02108
(617) 624-9777

Certificate of Service

I certify I served this report on Attys Hruska
and D'Angelo by mail on 2/10/05.

　　　　*/s/David J. Farrell, Jr.*