UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTOPHER CAVALLARO,<br>Plaintiff,<br><br>v.<br><br>PERFORMANCE MARINE ASSOCIATES<br>INSURANCE SERVICES, INC. and ACE<br>AMERICAN INSURANCE COMPANY,<br>Defendant. | CIVIL ACTION NO. 04-CV-12512-RWZ |

**NOTICE OF APPEARANCE OF ROBERT T. GILL**

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance on behalf of the defendant, Performance Marine Associates Insurance Services, Inc., in the above-referenced matter.

PERFORMANCE MARINE INSURANCE
SERVICES, INC.
Defendant
By its attorneys,


/s/ Robert T. Gill
_____
Robert T. Gill, BBO #192080
Jennifer L. Markowski, BBO #655927
Peabody & Arnold LLP
30 Rowes Wharf
Boston, MA 02110
(617) 951-2100

2

**CERTIFICATE OF SERVICE**

     I, hereby certify that on May 6, 2005, I caused to be electronically filed the preceding Notice of Appearance of Robert T. Gill in Civil Action No. 04-CV-12512-RWZ with the Clerk of Court using the CM/ECF system.

                                                            /s/ Robert T. Gill
                                                            _____