UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12512-RWZ

| | |
|---|---|
| CHRISTOPHER CAVALLARO, <br> Plaintiff, <br><br> v. <br><br> PERFORMANCE MARINE ASSOCIATES <br> INSURANCE SERVICES, INC. and ACE GROUP, <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please withdraw my appearance as counsel of record on behalf of the defendant, Performance Marine Associates Insurance Services, Inc., in the above-captioned matter. Successor counsel has already entered their appearance.

PIERCE, DAVIS & PERRITANO, LLP

_____
John J. Davis, BBO #115890
Ten Winthrop Square
Boston, MA 02110
(617) 350-0950

I, John J. Davis, hereby certify that a true copy of the above document was served upon each attorney of record for all parties by electronic mail ~~on this~~ 24th day of May, 2005.

_____
John J. Davis, Esquire