UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTOPHER CAVALLARO,<br><br>               Plaintiff,<br><br>       v.<br><br>PERFORMANCE MARINE ASSOCIATES<br>INSURANCE SERVICES, INC. AND ACE<br>AMERICAN INSURANCE COMPANY<br><br>               Defendants. | Civil Action No. 04-cv-12512RWZ |

## JOINT MOTION TO EXTEND EXISTING DEADLINES

Defendants ACE American Insurance Company ("ACE American"), Performance Marine Associates Insurance Services, Inc. ("PMA") and Plaintiff Christopher Cavallaro ("Cavallaro") hereby jointly move this Court for a ninety-day extension of the deadlines established in this Court's January 28, 2005 Scheduling Order. As grounds in support of this motion, the parties state:

1. This action arises from a July 19, 2003 boating accident involving a boat owned by Cavallaro and allegedly insured by ACE American. In this action, Cavallaro seeks recovery, under both breach of contract and chapter 93A theories, from ACE American and PMA for damage to his boat and certain allegedly related financial losses.

2. Another proceeding involving the same boating accident currently is pending in Norfolk Superior Court. That action is entitled <u>Jennifer Griffiths-Fellini and Amy Wedge v. Michael Fellini and Christopher Cavallaro</u>, C.A. No. 05 00099 (the "Norfolk Action"). It involves claims asserted against Cavallaro and a co-defendant by two of the passengers aboard Cavallaro's boat who allegedly suffered significant injuries as a result of the July 19, 2003 boating accident. The claimed damages in that action greatly exceed the amounts at issue here.

3.      ACE American and Cavallaro currently are working together to resolve both this Action and the Norfolk Action, and would like to avoid incurring unnecessary litigation expense in the interim.

4.      This action was filed on November 30, 2004, and no prior extensions have been requested.  No party will be prejudiced by this extension.  There is no trial date currently scheduled.

5.      All parties join in this motion.

**WHEREFORE**, the parties respectfully request a 90-day extension of all existing deadlines in this matter, and that the Court grant such other and further relief as it deems just and proper.

Respectfully submitted June 29, 2005,

Christopher Cavallaro, Plaintiff
By his attorneys,


*/s/ Steven L. D'Angelo*
Steven L. D'Angelo
BBO# 640900
Richard A. Mestone
BBO# 642789
D'Angelo & Hashem, LLC
6 Beacon Street, Suite 505
Boston, MA  02108
(617) 624-9777

Performance Marine Insurance Services, Inc., Defendant
By its attorneys,


*/s/ Jennifer L. Markowski*
Robert T. Gill
BBO# 192080
Jennifer L. Markowski
BBO#655927
Peabody & Arnold LLP
30 Rowes Wharf
Boston, MA  02110
(617) 951-2100

ACE American Insurance Company
By its attorneys,


*/s/ David J. Farrell, Jr.*
David J. Farrell, Jr.
BBO# 559847

2355 Main Street  
P.O. Box 186  
S. Chatham, MA  02659  
(508) 432-2121  

          So Ordered.

_____  
United States District Judge

Dated:

3950476v1