UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CHRISTOPHER CAVALLARO,
Plaintiff,

v.

PERFORMANCE MARINE ASSOCIATES INSURANCE SERVICES, INC. and ACE AMERICAN INSURANCE COMPANY,
Defendant.

CIVIL ACTION NO. 04-CV-12512-RWZ

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), the plaintiff, Christopher Cavallaro hereby stipulates that all claims brought in the above-captioned action are and shall be dismissed with prejudice and without cost to any party, all rights of appeal being waived.

| | |
|---|---|
| PERFORMANCE MARINE INSURANCE SERVICES, INC. Defendant, By its attorneys, | CHRISTOPHER CAVALLARO Plaintiff, By his attorneys, |
| /s/ Jennifer L. Markowski | /s/ Richard Mestone |
| Robert T. Gill, BBO #192080<br>Jennifer L. Markowski, BBO #655927<br>Peabody & Arnold LLP<br>30 Rowes Wharf<br>Boston, MA 02110<br>(617) 951-2100 | Steven L. D'Angelo, BBO #640900<br>Richard Mestone, Esq., BBO #642789<br>D'Angelo & Hashem LLC<br>6 Beacon Street<br>Boston, MA 02108<br>(617) 624-9777 |

ACE AMERICAN INSURANCE
COMPANY
By its attorneys


/s/ David J. Farrell, Jr.
_____
David J. Farrell, JR., BBO #559847
2355 Main Street
P.O. Box 186
S. Chatham, MA 02659
(508) 432-2121



PABOS2:JMARKOW:634250_1
14765-91203